# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): William Farisse | Docket or Case No: 6:19-CR-03160 |
| Place of Confinement: FCI Victorville #2 | Prisoner No: 34524-045 |
| Movant    V. William Farisse | United States of America |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:


   (b) Criminal docket or case number (if you know): 6:19-CR-03160

2. (a) Date of the judgment of conviction (if you know): February 28, 2025

   (b) Date of sentencing: February 28, 2025

3. Length of sentence: 300

4. Nature of crime (all counts):

   Conspiracy


5. (a) What was your plea: (Check one)
   (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

1

6. If you went to trial, what kind of trial did you have? (Check one)  Jury ☐  Judge Only ☐  N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  No ☒  N/A

8. Did you appeal from the judgment of conviction?  Yes ☐  No ☒

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): N/A
   (c) Result: N/A
   (d) Date of result (if you know): N/A
   (e) Citation of the case (if you know): N/A
   (f) Grounds raised: N/A

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): N/A
       (2) Result: N/A
       (3) Date of result (if you know): N/A
       (4) Citation to the case (if you know): N/A
       (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a)(1) Name of court: N/A
       (2) Docket of case number (if you know): N/A

2

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☒

(7) Result: N/A

(8) Date of result (if you know): N/A

(b) If you file any second motion, petition, or application, give the same information:
  (1) Name of court: N/A

  (2) Docket of case number (if you know): N/A

  (3) Date of filing (if you know): N/A

  (4) Nature of the proceeding: N/A

  (5) Grounds raised: N/A

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
  Yes ☐   No ☒

  (7) Result: N/A

  (8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

  (1) First petition      Yes ☐   No ☒
  (2) Second petition     Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

I WAS NOT AWARE THAT I COULD FILE APPEAL AFTER PLEADING GUILTY. MY LEGAL³ RIGHTS, AS PREVIOUSLY STATED, WERE NOT ADEQUATELY EXPLAINED TO ME BY PREVIOUS COUNSEL.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: SENTENCE WAS GREATER THAN NECESSARY TO TRY TO (CRUEL AND UNUSUAL) MEET THE GOALS OF THE SENTENCING FACTORS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

THE SENTENCE IMPOSED UPON ME WAS ABOVE/BEYOND WHAT I WAS LED TO BELIEVE BY COUNSEL I WOULD BE SUBJECTED TO, IN MY OPINION, AND USING VARIOUS CASE LAW TO SUBSTANTIATE MY VIEW, SENTENCE IS CRUEL AND UNUSUAL AS PER GUIDELINES

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment or conviction, did you raise this issue?
   Yes ☐   No ☒   N/A

   (2) If you did not raise this issue in your direct appeal, explain why:
   N/A   NO DIRECT APPEAL WAS RELEVANT

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: N/A

   Name and location of the court where the motion or petition was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available):
   N/A

   (3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
   Yes ☐   No ☒

4

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket case number (if you know): N/A

Date of the court's decision: N/A

Result: (attach a copy of the court's opinion or order if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A. I DID NOT RAISE ISSUE PREVIOUSLY AS TO THE FACT I DID NOT KNOW, NOR WAS I INFORMED, OF MY LEGAL RIGHTS VIA DIRECT APPEAL (BEING TOLD I WAIVED ALL RIGHTS)

**GROUND TWO:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

N/A

(b) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment or conviction, did you raise this issue?
Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

N/A

5

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
Yes ☐   No ☒

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket case number (if you know): N/A

Date of the court's decision: N/A

Result: (attach a copy of the court's opinion or order if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

N/A

**(b) Direct Appeal of Ground Three:**
    (1) If you appealed from the judgment or conviction, did you raise this issue?
        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:
        N/A

**(c) Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐   No ☒

    (2) If your answer to Question (c)(1) is "Yes", state:
    Type of motion or petition: N/A

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available):
    N/A

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐   No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐   No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
        Yes ☐   No ☒

    (6) If your answer to question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:
    N/A

    Docket case number (if you know): N/A

    Date of the court's decision: N/A

    Result: (attach a copy of the court's opinion or order if available):
    N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Four:**
    (1) If you appealed from the judgment or conviction, did you raise this issue?
    Yes ☐    No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐    No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: N/A
    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available):

N/A

    (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☒

8

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
Yes ☐   No ☒

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket case number (if you know): N/A

Date of the court's decision: N/A

Result: (attach a copy of the court's opinion or order if available):
N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:
N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type or proceeding, and the issues raised:
N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: N/A* (SEE COURT TRANSCRIPTS)

(b) At arraignment and plea: N/A* (SEE COURT TRANSCRIPTS)

(c) At trial: N/A — NO TRIAL OCCURRED

* PLEASE NOTE I DO NOT HAVE PARTICULARS ON PREVIOUS COUNSEL, DUE TO BREAKDOWN (SEVERE) IN RELATIONS, HAVING BEEN MISLED BY BOTH.

(d) At sentencing: **ATTY SCHLEGL** — *(PLEASE NOTE TRANSCRIPTS)*

(e) On appeal: **N/A**

(f) In any post-conviction proceeding: **N/A**

(g) On appeal from any ruling against you in a post-conviction proceeding: **N/A**

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: **N/A**

   (b) Give the date of the other sentence was imposed: **N/A**

   (c) Give the length of the other sentence: **N/A**

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C § 2255 does not bar your motion.* (see below)

**N/A**

{ **I AM WITHIN MY ONE YEAR STATUTE OF LIMITATIONS ON SAID FILING, RESPECTIVELY.** }

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. §2255, paragraph 6, provides in part that:

> A one-year period limitations shall apply to a motion under this section. The limitation period shall run from the latest of:
> (1) the date on which the judgment of conviction became final;
> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

10

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

_____

Therefore, Movant asks that the Court grant the following relief:

or any other relief to which movant is entitled.

_____
Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on __6/22/2025__.
(month, date, year)

Executed (signed) on 6/22/2025 (date)

X F_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

11



RECEIVED

JUN 26 AM 10: 29

CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

Clerk, United States District Court
For the Western District of Missouri
400 E. Ninth St.
Kansas City, Missouri 64106

William Farisse #34524-045
FCI Victorville Medium II
Federal Correctional Institution
Po box 3850
Adelanto, CA 92301

Clerk, United States[]
For the Western Dis
400 E. Ninth St
Kansas City, Missouri